NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RYAN S. POPE,                              )
                                          )
            Appellant,                     )
                                          )
v.                                        )       Case No. 2D18-3464
                                          )
STATE OF FLORIDA,                          )
                                          )
            Appellee.                      )
_____)

Opinion filed June 28, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Ryan S. Pope, pro se.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.